UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HECTOR HERNANDEZ, on his own
behalf and on behalf of those similarly
situated,

    Plaintiff,

vs.            CASE NO.: 8:17-cv-2826-JSM-MAP

PLASTIPAK PACKAGING, INC., a
Foreign Profit Corporation,

    Defendant.
_____/

## ORDER DIRECTING FINAL JUDGMENT

Following the Court's Order of May 29, 2019 (Doc. 62), on the Parties' Motions for Summary Judgment (Docs. 38 and 56) and pursuant to the Parties' Notice of Filing Proposed Judgment (Doc. 62), the Court now enters the award of overtime damages. Specifically, judgment is hereby entered in favor of Plaintiff HECTOR HERNANDEZ ("Plaintiff") and against Defendant PLASTIPAK PACKAGING, INC. ("Defendant") as to the claims specifically raised in the above styled matter and against the above styled Defendant, in the amounts enumerated below:

(1) Unpaid overtime wages under a two-year statute of limitations in the amount of ONE THOUSAND EIGHT HUNDRED SEVENTY and 52/100 ($1,870.52);

(2) The Court reserves jurisdiction to determine Plaintiff's reasonable attorneys' fees and costs.

(3) The Clerk is directed to enter Final Judgment in favor of Plaintiff and against Defendant in the amount of $1,870.52.

DONE AND ORDERED in Tampa, Florida on the 13th day of June, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE