# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 07, 2022

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 19-12655-JJ
Case Style: Hector Hernandez v. Plastipak Packaging, Inc.
District Court Docket No: 8:17-cv-02826-JSM-SPF

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 19-12655

_____

HECTOR HERNANDEZ,
on his own behalf and on behalf of those similarly situated,

                                                            Plaintiff-Appellee,

*versus*

PLASTIPAK PACKAGING, INC.,
a Foreign Profit Corporation,

                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:17-cv-02826-JSM-SPF

_____

ISSUED AS MANDATE 01/07/2022

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 13, 2021

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __19-12655__

Hector Hernandez _____ vs. Plastipak Packaging, Inc. _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | In-House | Comm* |  |  |  |  |  |
| Appellate Docketing Fee | — | — | — | — | — | $500.00 | $500.00 |
| Appellant's Brief | X |  | 69 | 7 | 483 | 72.45 | $72.45 |
| Appendix | X |  | 1,293 | 5 | 6,465 | 969.75 | $969.75 |
| Appellee's Brief |  |  |  |  |  |  |  |
| Reply Brief | X |  | 40 | 9 | 360 | 54.00 | $54.00 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $1,596.20 | $ $1,596.20 |
|  | | | | | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _[signature]_

Attorney Name: __Ronald G. Acho__
(Type or print your name)

E-mail: __racho@cmda-law.com__

Street Address/City/State/Zip: __17436 College Parkway, Livonia, MI 48152__

Date Signed: __October 21, 2021__

Attorney for: __Plastipak Packaging, Inc.__
(Type or print name of client)

Phone: __(734) 261-2400__

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$1,596.20__ against __Appellee__

and are payable directly to __Appellant__

David J. Smith, Clerk of Court

Issued on: _____   By: __/S/ Tresa A. Porter__   DATE: __10/26/2021__
Deputy Clerk

BOC Rev.: 6/17